# IN THE U.S. DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LATIN MANAGEMENT ENTERPRISES, LLC, | )<br>)<br>) |
| Plaintiff, | ) Case No. 3:22-cv-00523 |
| v. | )<br>) U.S. District Aleta A. Trauger |
| LA COSTA NAYARITA, INC., and OSWALDO OMAR MEDINA | ) Magistrate Judge Newbern<br>) |
| Defendants. | ) **JURY TRIAL DEMANDED**<br>)<br>) |

## NOTICE OF APPEARANCE OF TAYLOR J. ASKEW

Taylor J. Askew of the law firm of Waller Lansden Dortch & Davis, LLP hereby enters his appearance as counsel of record for Defendants La Costa Nayarita, Inc. and Oswaldo Omar Medina in this cause of action.

Respectfully submitted,

/s/ Taylor J. Askew
Taylor J. Askew (TN BPR No. 33193)
Julian L. Bibb IV (TN BPR No. 34149)
David J. Zeitlin (TN BPR No. 037664)
Waller Lansden Dortch & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219-8966
615.244.6380

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and accurate copy of the foregoing has been served via the Court's ECF system upon the following:

    Michael A. Johnson
    Fred D. Thompson, III
    KAY GRIFFIN, PLLC
    222 Second Avenue North
    Nashville, TN 37201
    (615) 742-4800
    mjohnson@kaygriffin.com
    dthompson@kaygriffin.com

    *Attorneys for Plaintiff*

on this 10th day of August, 2021.

                                              /s/ Taylor J. Askew