# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LATIN MANAGEMENT ENTERPRISES, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) ) | 
| LA COSTA NAYARITA, INC. and OSWALDO OMAR MEDINA, | ) ) ) |
| Defendants. | ) ) |

Case No. 3:22-cv-00523

Judge Aleta A. Trauger
Magistrate Judge Newbern

JURY DEMAND

## JOINT MEDIATION REPORT

Pursuant to this Court's Initial Case Management Order, the parties submit this Joint Mediation Report. The parties are willing to participate in mediation once discovery is complete. The parties submit that mediation will be more productive at that time.

Respectfully submitted:

s/ Michael A. Johnson
Michael A. Johnson (#30210)
F. Dalton Thompson III (#37904)
KAY GRIFFIN, PLLC
222 Second Ave. North, Suite 340-M
Nashville, TN 37201
(615) 742-4800
mjohnson@kaygriffin.com
dthompson@kaygriffin.com
*Attorneys for Plaintiff*

s/ Taylor J. Askew_____
Taylor J. Askew (#33193)
Julian L. Bibb IV (#34149)
David J. Zeitlin (#37664)
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219-8966
(615) 244-6380
taylor.askew@wallerlaw.com
julian.bibb@wallerlaw.com
david.zeitlin@wallerlaw.com
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF system upon the following:

Taylor J. Askew
Julian L. Bibb IV
David J. Zeitlin
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219-8966
taylor.askew@wallerlaw.com
julian.bibb@wallerlaw.com
david.zeitlin@wallerlaw.com
*Attorneys for Defendants*

This the 1st day of December, 2022.

s/ Michael A. Johnson